AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Kristy Nicole RODRIGUEZ<br><br>_Defendant(s)_ | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 17, 2022__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Javier Medrano
_Complainant's signature_

Javier Medrano, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date: January 19, 2022

Diana Song Quiroga, U.S. Magistrate Judge
_Judge's signature_
_Printed name and title_

City and state: Laredo, Texas

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| Kristy Nicole RODRIGUEZ | Case Number: |

On January 17, 2022 at approximately 4:30 p.m., a Border Patrol Agent (BPA) working the Laredo North Checkpoint located at the 29 mile marker of IH-35 near Laredo, Texas in Webb County encountered a white sedan with two subjects inside. The BPA noticed the front seat passenger, later identified as Mayarith Betania Chacon-Ramirez, was avoiding eye contact with her and continuously nodded her head. The BPA interpreted this behavior as nervousness while she conducted her immigration inspection. The BPA asked the driver, later identified as Kristy Nicole Rodriguez, if she was related to the passenger and Rodriguez said they were a couple. The BPA asked the subjects where they were from and Chacon-Ramirez stated she was a United States Citizen (USC). The BPA asked Chacon-Ramirez what part of Laredo she was from and Chacon-Ramirez kept replying she was from Laredo. The BPA asked Rodriguez for identification and Rodriguez stated she did not have any. The BPA asked Rodriguez to place the vehicle in park and lower the passenger window. The BPA asked Rodriguez for identification again and Rodriguez provided a Texas Commercial Driver's License. The BPA approached the passenger side of the vehicle and spoke in the Spanish language to Chacon-Ramirez regarding her citizenship. After further questioning Chacon Ramirez admitted to being a citizen of Guatemala illegally present in the United States. All subjects were placed under arrest and escorted inside the checkpoint.

PRINCIPAL STATEMENT: Kristy Nicole Rodriguez, a United States Citizen, was provided her Miranda Rights and acknowledged she understood them by signing service form I-214. Rodriguez stated she and Chacon-Rodriguez met at a party and have been dating for the last two weeks. Rodriguez claimed Chacon-Ramirez contacted her on January 17, 2022 and asked if Rodriguez would drive her to San Antonio, Texas to visit her mother who was ill. Rodriguez agreed and picked up Chacon-Ramirez and began to drive to San Antonio, Texas. Rodriguez stated she did not know Chacon-Ramirez was illegally present in the United States.

MATERIAL WITNESS STATEMENT: Mayarith Betania Chacon-Ramirez is a Guatemalan national who admitted being in the United States illegally and is serving as a material witness in the alien smuggling case against Kristy Nicole Rodriguez. Chacon-Ramirez was able to positively identify Rodriguez as the driver of the vehicle she was being smuggled in when presented with a six person photo lineup. Chacon-Ramirez stated her family made arrangements to be illegally smuggled into the United States for an unknown amount of money to her final destination of North Carolina. On January 16, 2022, Chacon-Ramirez illegally crossed the Rio Grande River from Mexico to the United States near Laredo, Texas. Once in the United States she hid in the brush from BPAs for approximately one hour before she called someone to pick her up. An unknown man picked her up in a vehicle and drove her to an unknown house where she stayed until January 17, 2022. On that date Rodriguez arrived at the house and drove her to another house where an unknown woman provided clothes and make up. Chacon-Ramirez stated the unknown woman told her to say "U.S. Citizen". Chacon-Ramirez stated Rodriguez returned and asked her if she was ready and she said yes. Chacon-Ramirez stated Rodriguez drove directly to the checkpoint and told her before arriving not to be nervous and remember what to say. Chacon-Ramirez stated she has no prior relationship with Rodriguez, but believes Rodriguez knew she was illegally present in the United States.

SUBSCRIBED and SWORN to before me on

_____19th_____ day of _____January, 2022_____

_____  
Signature of Judicial Officer

/S/ Medrano, Javier    Border Patrol Agent  
Signature of Complainant